# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
      **PLAINTIFF,**

**vs.**                                                **CASE NO.** 20-40038-HLT

**ANTONIO LAWRENCE,**
      **DEFENDANT.**

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about February 7, 2019, in the District of Kansas, the defendant,

**ANTONIO LAWRENCE**

did knowingly employ, use, persuade, induce, entice, or coerce any minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct using materials that have been mailed, shipped, and transported in an affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported using any means and facility of interstate and foreign commerce including by computer. This was in violation of Title 18, United State Code, § 2251(a), with reference to Title 18 United States Code, § 2251(e).

1

## COUNT TWO

On or about February 6, 2019, in the District of Kansas, the defendant,

## ANTONIO LAWRENCE

did knowingly distribute visual depictions of minors that had been mailed, and had been shipped and transported in or affecting interstate and foreign commerce, by any means including by computer, and the production of such visual depictions involved the use of minors engaging in sexually explicit conduct as defined in Title 18, United States Code, § 2256 and such visual depictions were of such conduct. This was in violation of Title 18, United State Code, § 2252(a)(2)(A) & (B), with reference to Title 18 United States Code, § 2252(b)(1).

## COUNT THREE

On or about February 7, 2019 in the District of Kansas, the defendant,

## ANTONIO LAWRENCE

did knowingly distribute visual depictions of minors that had been mailed, and had been shipped and transported in or affecting interstate and foreign commerce, by any means including by computer, and the production of such visual depictions involved the use of minors engaging in sexually explicit conduct as defined in Title 18, United States Code, § 2256 and such visual depictions were of such conduct. This was in violation of Title 18, United

State Code, § 2252(a)(2)(A) & (B), with reference to Title 18 United States Code, § 2252(b)(1).

## COUNT FOUR

On or about May 1, 2019, in the District of Kansas, the defendant

### ANTONIO LAWRENCE

did knowingly possess and knowingly access with intent to view at least one (1) matter which contained any visual depiction of minors that had been shipped and transported using any means and facility of interstate and foreign commerce, including by computer and was produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce and the production of such visual depictions involved the use of minors engaging in sexually explicit conduct as defined in Title 18, United States Code, § 2256, and such visual depictions were of such conduct. This was in violation of Title 18, United State Code, § 2252(a)(4)(B), with reference to Title 18 United States Code, § 2252(b)(2).

**A TRUE BILL**.

July 22, 2020  *s/ Foreperson*
DATE  FOREPERSON OF THE GRAND JURY


*s/ Stephen A. Hunting*, #21648
for Stephen R. McAllister, #15845
UNITED STATES ATTORNEY
DISTRICT OF KANSAS

3

444 SE Quincy, Suite 290
Topeka, KS 66683
Phone: (785) 295-2850
Fax: (785) 295-2853
Stephen.mcallister@usdoj.gov

[It is requested that trial be held in Topeka, Kansas.]

## **PENALTIES**

**Count 1:**   18 U.S.C. § § 2251(a) & 2251(e)

- NLT than 15 years and NMT than 30 years imprisonment
- NMT $250,000 fine
- NLT 5 years and NMT Life supervised release
- Restitution
- NMT $35,000 child pornography assessment
- $5,000 JVTA assessment (pursuant to 18 U.S.C. 3014(a)(3))
- $100 special assessment fee

If the defendant has a prior conviction relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward:

- NLT 25 years and NMT 50 years imprisonment
- NMT $250,000 fine
- NLT 5 years and NMT Life supervised release
- Restitution
- NMT $35,000 child pornography assessment
- $5,000 JVTA assessment (pursuant to 18 U.S.C. 3014(a)(3))
- $100 special assessment fee

If the defendant has two or more prior convictions relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward:

- NLT 35 years and NMT Life
- NMT $250,000 fine
- NLT 5 years and NMT Life supervised release
- Restitution
- NMT $35,000 child pornography assessment

- $5,000 JVTA assessment (pursuant to 18 U.S.C. 3014(a)(3))
- $100 special assessment fee

**Counts 2 and 3: 18 U.S.C. § § 2252(a)(2)(A)&(B) & 2252(b)(1)**

- NLT than 5 years and NMT than 20 years imprisonment
- NMT $250,000 fine
- NLT 5 years and NMT Life supervised release
- Restitution
- NMT $35,000 child pornography assessment
- $5,000 JVTA assessment (pursuant to 18 U.S.C. 3014(a)(3))
- $100 special assessment fee

If the defendant has a prior conviction relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward:

- NLT 15 years and NMT 40 years imprisonment
- NMT $250,000 fine
- NLT 5 years and NMT Life supervised release
- Restitution
- NMT $35,000 child pornography assessment
- $5,000 JVTA assessment (pursuant to 18 U.S.C. 3014(a)(3))
- $100 special assessment fee

**Count 4:    18 U.S.C. § § 2252(a)(4)(B) & 2252(b)(2)**

- NMT 10 years imprisonment
- NMT $250,000 fine
- NLT 5 years and NMT Life supervised release
- Restitution
- NMT $17,000 child pornography assessment
- $5,000 JVTA assessment (pursuant to 18 U.S.C. 3014(a)(3))
- $100 special assessment fee

If the defendant is found to have possessed any matter that involved prepubescent minors or minors who have not attained 12 years of age the penalties are:

- NMT 20 years imprisonment
- NMT $250,000 fine

5

- NLT 5 years and NMT Life supervised release
- Restitution
- NMT $17,000 child pornography assessment
- $5,000 JVTA assessment (pursuant to 18 U.S.C. 3014(a)(3))
- $100 special assessment fee

If the defendant has a prior conviction relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward:

- NLT 10 years and NMT 20 years imprisonment
- NMT $250,000 fine
- NLT 5 years and NMT Life supervised release
- Restitution
- NMT $17,000 child pornography assessment
- $5,000 JVTA assessment (pursuant to 18 U.S.C. 3014(a)(3))
- $100 special assessment fee